LAW OFFICES
# BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.
320 West 4th Street
P. O. Box 1626
Joplin, MO 64802
Telephone 417-623-1515
Fax 417-623-6865

Karl W. Blanchard, Jr.
Ronald E. Mitchell
Greg B. Carter
Ronald G. Sparlin

Phillip D. Greathouse*

*Also licensed in KS

Tyler Strodtman
Sharon B. Gloyer*
Kristen Blanchard Ansley

Jon Dermott (of Counsel)

Herbert Van Fleet (1908-2002)
Karl W. Blanchard (1915-2007)

June 21, 2016

Chief District Judge Kays
409 E. 9th Street, Room 8652
Kansas City, MO 64106

Re: Christenson v. City of Joplin, Missouri et al.,
Case No: 3:13-cv-05073

Dear Judge Kays:

The following represents a status report filed jointly by the parties:

Several weeks ago a settlement was entered into at which time the parties agreed to all of the financial aspects of the settlement agreement. Settlement documents were prepared and there are currently disputes with regard to the release language that is appropriate under the circumstances. Counsel for defendant City of Joplin has been involved in multiple jury trials and has been out of pocket, but the parties continue to attempt to reach some agreement with regard to the release language.

Respectfully yours,

Karl W. Blanchard, Jr.
For the Firm

KBJ:pjw