LAW OFFICES OF
# BAIRD LIGHTNER MILLSAP
1901-C SOUTH VENTURA AVENUE
SPRINGFIELD, MISSOURI 65804
TELEPHONE (417) 887-0133
FACSIMILE (417) 887-8740
pbaird@blmlawyers.com

C. RONALD BAIRD
JOHN R. LIGHTNER
MARK J. MILLSAP
BRETT W. ROUBAL*
J. MATTHEW MILLER
PAUL D. LINK*
TINA G. FOWLER**
PATRICK R. BAIRD*
JENNIFER A. MUELLER
RACHEL A. RISO*
KATHERINE A. O'DELL
ALEX W. DAVIS
J. ISAAC LIGHTNER

OF COUNSEL
CATHERINE E. MOORE*

OFFICE ADMINISTRATOR
ANGELA B. BEISNER

PARALEGALS
ANGIE GOODSON
ANNE PIECHOCKI

*Also admitted in Kansas
** Also admitted in Oklahoma

July 12, 2016

Chief District Judge Kays
409 E. 9th Street, Room 8652
Kansas City, MO 64106

    Re:    Christenson v. City of Joplin, Missouri et al.,
             Case No: 3:13-cv-05073

Dear Judge Kays:

    This letter is intended to provide a joint status update on the above-referenced case pursuant to your Order on June 23, 2016. The parties continue to exchange drafts of the proposed release agreement and work toward resolving the dispute regarding the language of the agreement.

    As we discussed in our previous joint status update, Mr. Blanchard has had numerous trials that have kept him out of pocket. Additionally, Plaintiff travels frequently for his work, making it difficult to reach him. I have spoken with Mr. Blanchard, attorney for defendants, who has reveiwed and agreed with the content of this letter.

    Should you have any questions, please contact me.

    Very truly yours,

    BAIRD LIGHTNER MILLSAP, P.C.

    By _____
        Patrick R. Baird

PRB