IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CRIS CHRISTENSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-cv-05073-DGK |
| | ) |
| **CITY OF JOPLIN, MISSOURI, et al.,** | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S STIPULATION FOR DISMISSAL OF DEFENDANTS CITY OF JOPLIN, MISSOURI, CORPORAL SHAWN DODSON, OFFICER STEVEN FEKEN, AND OFFICER JOHN WATKINS

COMES NOW Plaintiff, by and through his attorneys, Baird Lightner Millsap, P.C., and for his Stipulation for Dismissal of Defendants City of Joplin, Missouri, Corporal Shawn Dodson, Officer Steven Feken, and Officer John Watkins with Prejudice, state as follows:

1. Plaintiff requests that this Court order Defendants City of Joplin, Missouri, Corporal Shawn Dodson, Officer Steven Feken, and Officer John Watkins, be dismissed with prejudice from the above cause of action pursuant to Federal Rule of Civil Procedure 4(a)(2).

2. Attorneys for Plaintiff and these Defendants have negotiated a settlement to end the litigation between these parties. Plaintiff and Defendants have agreed to the terms of the settlement. These parties and their attorneys have agreed and do not object to dismissal of these Defendants with prejudice.

3. The Stipulation for Dismissal is made pursuant to settlement and will not result in a waste of judicial time and effort and does not prejudice any party, or is it sought to escape an

adverse decision or seek a more favorable form. Plaintiff has now settled all of his claims against the Defendants to this case and seeks to dismiss all claims against them with prejudice.

WHEREFORE, for the foregoing reasons, Plaintiff prays this Court for its Order dismissing Defendants City of Joplin, Missouri, Corporate Shawn Dodson, Officer Steven Feken, and Officer John Watkins, with prejudice, and for such further and additional relief as the Court deems just and proper in the premises.

Respectfully submitted,

BAIRD LIGHTNER MILLSAP, P.C.

*/s/ Patrick R. Baird*
John R. Lightner, Mo. Bar No. 30436
Patrick R. Baird, Mo. Bar No. 58726
1901-C S. Ventura Avenue
Springfield, MO 65804
Telephone: (417) 887-0133
Facsimile: (417) 887-8740
jlightner@blmlawyers.com
pbaird@blmlawyers.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Karl W. Blanchard, Jr.<br>BLANCHARD, ROBERTSON,<br>MITCHELL & CARTER, P.C.<br>320 W. 4th Street<br>P. O. Box 1626<br>Joplin, MO 64802 | *Attorney for Defendants City of Joplin, Shawn Dodson, Steven Feken, and John Watkins*<br><br>e-mail: blanchardjr@brmclaw.com<br><br>Fax: 417-623-6865 |

      And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:    None.

                                              */s/ Patrick R. Baird*
                                                 Patrick R. Baird