# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| CRIS CHRISTENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  3:13-cv-05073-DGK |
| | ) | |
| CITY OF JOPLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Plaintiff's Stipulation for Dismissal of Defendants City of Joplin, Missouri, Corporal Shawn Dodson, Officer Steven Feken, and Officer John Watkins, with prejudice (Doc. 110), it is hereby

ORDERED that the Stipulation is granted.  Plaintiff's claims against Defendants City of Joplin, Missouri, Corporal Shawn Dodson, Officer Steven Feken, and Officer John Watkins are dismissed with prejudice.

 /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: August 11, 2016